```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GINA DELIA, et al.                                          :
                                        Plaintiffs,         :
                                                            :     19 Civ. 3109 (LGS)
         -against-                                          :
                                                            :     ORDER
UBS FINANCIAL SERVICES, INC., et al.,                       :
                                        Defendants.         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Amended Civil Case Management Plan and Scheduling Order provides that a pre-motion conference will be held for any anticipated dispositive motions on December 5, 2019, provided that a party files a pre-motion letter at least two weeks before the conference, or by November 21, 2019. Dkt No. 46;

WHEREAS, Defendant filed a motion for summary judgment on October 1, 2019, and briefing is complete. *See* Dkt No. 56. It is hereby

**ORDERED** that the December 5, 2019, pre-motion conference is **canceled**.

Dated: November 22, 2019
       New York, New York

                                        _____
                                            **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**