**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GINA DELIA,

                Plaintiff,                                19 **CIVIL** 3109 (LGS)

        -against-                                **JUDGMENT**

UBS FINANCIAL SERVICES, INC. et al.,
                          Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 15, 2020, Defendants' motion for summary judgment is granted and this case is closed.

**Dated:**  New York, New York
             July 17, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                          Clerk of Court
                                            BY:
                                                         Deputy Clerk